CROOKS, Appellant, v. PEOPLE'S NAT. BANK OF MALONE, Respondent. (Supreme Court, Appellate Division, Third Department. May 23, 1902.) Action by George W. Crooks, as trustee, against the People's National Bank of Malone.

PER CURIAM. Decision amended, so as to provide that, as to the second cause of action stated in the complaint, the judgment is affirmed, without costs. In other respects the defendant's motion is denied.

PARKER, P. J., and CHASE, J., dissent.

In re CULLINAN, State Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) In the matter of the application of Patrick W. Cullinan, state commissioner of excise, for an order revoking and canceling liquor tax certificate No. 12,899, issued to Felix Famularo. No opinion. Order affirmed, with $10 costs and disbursements.

CULLINAN, Com'r, Respondent, v. UNITED STATES FIDELITY & GUARANTY CO., Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Patrick W. Cullinan, as commissioner, against the United States Fidelity & Guaranty Company. S. Untermyer, for appellant. H. H. Kellogg, for respondent. No opinion. Judgment affirmed, with costs.

CUTTING et al., v. BALTIMORE & O. R. CO. et al. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Robert L. Cutting and another, etc., against the Baltimore & Ohio Railroad Company and others. No opinion. Motion to resettle order granted.

In re DALY. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) In the matter of the application and petition of Michael T. Daly, as commissioner, etc., to acquire certain real estate, etc., Kensico reservoir, parcel 8, claim of Phebe F. Stoutenburg. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except WOODWARD, J., taking no part.

In re DALY. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) In the matter of the application, etc., of Michael T. Daly, as commissioner, etc., to acquire certain real estate, etc., Kensico reservoir; claim of Charles F. Wyckoff. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except WOODWARD, J., taking no part.

DALY, Respondent, v. DONGAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) Action by William C. Daly against William J. Dongan. No opinion. Judgment of the municipal court affirmed by default, with costs.

DANIELS, Respondent, v. BLAIR, Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1902.) Action by Amos G. Daniels against Mary E. Blair.

PER CURIAM. Judgment modified, by deducting therefrom $82.86, and, as so modified, affirmed, with costs to respondent.

In re DAVENPORT. (Supreme Court. Appellate Division, Second Department. April 25, 1902.) In the matter of the judicial settlement of the account of William B. Davenport, public administrator of the county of Kings, as administrator, etc., of Eliza T. White, deceased.

PER CURIAM. The appellant cannot be required to print any papers not recited in the order appealed from, and, inasmuch as the stenographer's minutes are not thus recited, the motion must be denied, without prejudice, however, to an application in the surrogate's court to resettle the order, if the stenographer's minutes were in fact considered upon the motion.

DAVID STEVENSON BREWING CO., Appellant, v. JORDAN, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by the David Stevenson Brewing Company against Olga Rebecca Jordan.

PER CURIAM. Order affirmed, on the authority of Wagner v. Perry, 51 Hun, 199, 3 N. Y. Supp. 880, with $10 costs and disbursements. See 74 N. Y. Supp. 1123.

DAVIES et al. v. CLARK. (Supreme Court, Appellate Division, First Department. May 16, 1902.) Action by William G. Davies and another against Francis A. Clark. No opinion. Motion granted, with $10 costs.

DICKINSON v. EASTMAN. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Alfred S. Dickinson against Florence M. Eastman, interpleaded in the place and stead of the city of New York. No opinion. Motion granted, unless appellant pay $10 costs within five days, in which event motion denied, and case placed at the foot of the present calendar.

DONOVAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 23, 1902.) Action by Mary Donovan, as administratrix, etc., against the Metropolitan Street Railway Company. T. H. Lord, for appellant. C. O'Connor, for respondent. No opinion. Judgment and order affirmed, with costs.

DRIGGS, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Edmund F. Driggs against the city of New York.

PER CURIAM. There being no appeal by the defendant, the question whether or not, under section 308 of the Code of Criminal Procedure, the limit of $500 is intended to in-